AO-19, Rev. 1/91

# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BELOT, Monti L. | U.S. District Court District of Kansas | 7/29/91 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | X Nomination, Date 7/25/91 <br> X Initial ___ Annual ___ Final | January 1 thru June 30, 1991 |

| 7. Chambers or Office Address |
|---|
| 815 Union, P. O. Box 9 <br> Coffeyville, KS 67337 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Officer | Hall, Levy, Lively, DeVore, Belot & Bell |
| Officer | Montgomery County Bar Association |
| Officer | Kansas Association of Defense Counsel |
| Trustee | Coffeyville Regional Medical Center |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| XX NONE (No reportable agreements) | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1/1/91 to 6/30/91 | Compensation for services, Hall, Levy, Lively, DeVore, Belot & Bell | $ |
| 1990 | " | $ 92,408* |
| 1989 | " | $ 90,089* |
| 1988 | " | $ 98,389* |
| *Includes $500 per year salary from the State of Kansas for services as a bar examiner | | $ |


Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | BELOT, Monti L. | 7/26/91 |

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| 1 Exempt | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

## V. OTHER GIFTS.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) | | |
| 1 Exempt | | $ |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |

## VI. LIABILITIES.

(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No reportable liabilities) | | |
| 1 Bank IV, Coffeyville, KS | Loan for purchase of stock in Hall, Levy, Lively | M |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |

* VALUE CODES: J = $15,000 or less   K = $15,001 to $50,000   L = $50,001 to $100,000   M = $100,001 to $250,000   N = $250,001 to $500,000   O = $500,001 to $1,000,000   P = More than $1,000,000

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)

Name of Person

BELOT,

## VII. INVESTMENTS and TRUSTS – income, value
(and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | |
|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) |
| NONE (No reportable income, assets, or transactions) | | | | |
| 1 Kansas Power & Light Common 1990 | A | Div | J | T |
| 2 Kansas Power & Light Common 1991 | A | Div | J | T |
| 3 Babson Growth Fund 1990 | A | Div | J | T |
| 4 Babson Growth Fund 1991 | A | Div | J | T |
| 5 Boston Co. Fund 1990 | A | Div | J | T |
| 6 Boston Co. Fund 1991 | A | Div | J | T |
| 7 T. Rowe Price New ERA Fund 1990 | A | Div | J | T |
| 8 T. Rowe Price New ERA Fund 1991 | A | Div | J | T |
| 9 Condon Nat'l Bank money market (j) 1990 | A | Int | J | T |
| 10 Bank IV, Coffeyville money market (j) | A | Int | J | T |
| 11 Navy Fed. Credit Union | A | Int | J | T |
| 12 Hall, Levy, Lively stock 1990 | C | income share | M | U |
| 13 Hall, Levy, Lively stock 1991 | C | income share | M | U |
| 14 Bank IV, Coffeyville IRA 1990 | A | Int | J | T |
| 15 Bank IV, Coffeyville IRA 1991 | A | Int | J | T |
| 16 Bank IV, Coffeyville IRA(s) 1990 | A | Int | J | T |
| 17 Bank IV, Coffeyville IRA(s) 1991 | A | Int | J | T |
| 18 Bank IV, Coffeyville CD (j) 1990 | A | Int | J | T |
| 19 Bank IV, Coffeyville CD (j) 1991 | A | Int | J | T |
| Hall, Levy, Lively 401(K) Plan 1990 | B | Div | L | T |
| Hall, Levy, Lively 401(K) Plan 1991 | D | Div | L | T |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C= |
| | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G= |
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less | K=$15,001 to $50,000 | L= |
| | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P= |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S= |
| | U=Book Value | V=Other | W= |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | BELOT, Monti L. | 7/26/91 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

Part VII.

The following information pertains to my interest in my firm's 401(K) Plan:

Exhibit A: 1990 year end account statement

Exhibit B: 1991 account balance statement (through 6/30/91)

Exhibit C: 1990 Summary Annual Report

Exhibit D: Schedule of investments as of 7/26/91

The accountants who manage the plan, Allen, Gibbs & Houlik of Wichita, Kansas,

tell me that it will be extremely difficult to determine the value of my

interest in each of the separate scheduled investments (Exhibit D).

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Monti L. Belot_     MONTI L. BELOT     Date _August 1, 1991_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google